# Court of Appeals
# of the State of Georgia

ATLANTA,  September 05, 2018

*The Court of Appeals hereby passes the following order:*

**A19D0056.  KIM FLORENCE v. SPONDIVITS - SHANNON S. COLLIER.**

Kim Florence filed an action for damages in the Magistrate Court of Fulton County, which found in favor of the defendant, Spondivits - Shannon S. Collier. Florence filed a notice of appeal to superior court and an application for discretionary appeal to the Supreme Court,[1] which transferred the application to this Court.  We, however, lack jurisdiction.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991).  This Court may only address magistrate court matters that already have been reviewed by the state or superior court.  See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11).  Here, although it appears that Florence filed a notice of appeal to superior court, the only order in the application materials was issued by the magistrate court, and it has not been reviewed by a state or superior court.  Accordingly, this application is hereby DISMISSED.

---

[1] See Case No. S18D1553 (transferred July 24, 2018).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* _09/05/2018_
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*